UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                Reply to Northern Division Address

March 27, 2003

           Re:    Tyznik v. Nelson
                     WDQ 02-2831

Dear Counsel/Parties:

      This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

      All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

           REASSIGNED TO JUDGE:   William D. Quarles
           COURTROOM DEPUTY:
           DOCKETING CLERK:      S. Franke

                                 Sincerely,

                                 Felicia C. Cannon, Clerk

                                 By: _____
                                      Deputy Clerk

cc:    JudgesSmalkin/Quarles
       Courtroom Deputy Clerks
       File
       Civil/Criminal Report
       Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                 Reply to Northern Division Address

March 27, 2003

                Re:   Tyznik v. Nelson
                      WDQ 02-2831

Dear Counsel/Parties:

    This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

    All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

        REASSIGNED TO JUDGE:  William D. Quarles
        COURTROOM DEPUTY:
        DOCKETING CLERK:     S. Franke

                      Sincerely,

                      Felicia C. Cannon, Clerk

                      By: _____
                          Deputy Clerk

cc:   JudgesSmalkin/Quarles
      Courtroom Deputy Clerks
      File
      Civil/Criminal Report
      Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

March 27, 2003

                                    Re:     Tyznik v. Nelson
                                            WDQ 02-2831

Dear Counsel/Parties:

     This case has been **reassigned** to the judge noted below.  Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case.  **It is important that you use this case number on all subsequent papers**.  Any papers which fail to carry the correct case number may be returned to the sender.

     All papers should be filed in the Clerk's Office, Room 4415.  Please contact the staff members listed below regarding any problems or questions.

                        REASSIGNED TO JUDGE:  William D. Quarles
                        COURTROOM DEPUTY:
                        DOCKETING CLERK:      S. Franke

                                                Sincerely,

                                                Felicia C. Cannon, Clerk


                                        By: _____
                                                Deputy Clerk

cc:   JudgesSmalkin/Quarles
      Courtroom Deputy Clerks
      File
      Civil/Criminal Report
      Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov