IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROELLA A. TYZNIK | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION S02 CV 2831 |
| FREDERICK NELSON III | * | |
| Defendant | * | |

\* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2003, a copy of Defendant's Answers to Plaintiff's Interrogatories and Response to Plaintiff's Request for Production of Documents was mailed to:

David B. Love, Esquire
201 North Charles Street
Suite 1100
Baltimore, Maryland  21201
Attorney for Plaintiff

_____
EDWARD P. MURPHY, Trial Bar No. 751

ALLEWALT & MURPHY, P.A.
305 West Pennsylvania Avenue
Towson, Maryland  21204
(410) 296-7180
Attorney for Defendant