IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Troella A. Tyznik** <br> 9503 Tower House Place <br> Alexandria, Virginia 22308 | * <br><br> * | Case No.: S02CV2831 |
| Plaintiff | * | |
| vs. | * | |
| **Frederick Nelson III** <br> 5329 South Pomfrett Road <br> Crisfield, Maryland 21817 | * <br><br> * | |
| Defendant | * | |

*******

## CERTIFICATE OF SERVICE

I hereby certify that on <u>Friday, May 23</u>, 2003 a copy of <u>Plaintiff's Answers to Defendant's Interrogatories</u>, which was electronically filed in this case on <u>Friday, May 23</u>, 2003, was faxed and mailed via first class mail, postage prepaid, to:

Edward P. Murphy, Esq.
Law Offices of Allewalt & Murphy, P.A.
305 W. Pennsylvania Avenue
Towson, Maryland  21204-4413

<u>David B. Love                    11879</u>
*Printed Name            Bar Number*

<u>201 N. Charles Street, Suite 1100</u>
*Address*

<u>Baltimore, MD 21201</u>
*City/State/Zip*

<u>(410)547-5520            (410)625-2306</u>
*Phone No.                    Fax No.*