May 23, 2003

The Honorable Judge William D. Quarles
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

        RE:    Tyznik v. Nelson
                Civil No.:  WDQ 02-2831

Dear Judge Quarles:

The following status report is jointly submitted by Plaintiff and Defendant, pursuant to this Court's Scheduling Order.

    1.  DISCOVERY:  The parties have propounded and exhanged potential exhibits.  Depositions of Plaintiff and Plaintiff's investigator, Scott Wills, occurred on May 29, 2003.  Depositions for Defendant and Defendant's witness, Kristen Cullen, are scheduled.

    2.  PENDING MOTIONS:  Plaintiff and Defendant are aware of no pending Motions.

    3.  FUTURE MOTIONS:  Plaintiff does not anticipate filing any Motions in the near future.  Defendant may file a Motion for Summary Judgment on the issue of contributory negligence.

    4.  TRIAL:  The case is to be tried before a jury.  The parties anticipate the case in chief will take 2 days.

    5.  SETTLEMENT NEGOTIATIONS:

        i. Counsel are discussing a "high/low" award agreement, and the possibility of trying the case on liability only.

        ii. The parties, at this time, do not consent to have a United States Magistrate Judge conduct further proceedings in this case.

    8.  OTHER MATTERS: None.

**The Honorable William D. Quarles**
**Page 2 of 2**

                    Respectfully Submitted,

                    _____
                    David B. Love
                    **DAVID B. LOVE, P.A.**

                    and

                    _____
                    Edward P. Murphy
                    **Allewalt & Murphy, P.A.**

DBL/msl