**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

```
TROELLA A. TYZNIK              *

      Plaintiff                *     CASE NO.: WDQ 02-2831

            v.                 *

FREDERICK NELSON III            *

      Defendant                *

*     *     *     *     *     *     *     *     *     *     *     *     *
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May 2003, a copy of the foregoing Status Report was mailed, postage prepaid to:

Edward P. Murphy
Allewalt & Murphy, P.A.
305 W. Pennsylvania Avenue
Towson, Maryland 21204

                                                  _____
                                                  David B. Love
                                                  **DAVID B. LOVE, P.A.**
                                                  201 North Charles St.
                                                  Suite 1100
                                                  Baltimore, Maryland 21201
                                                  (410) 547-5520
                                                  Attorney for Plaintiff