```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

               TROELLA A. TYZNIK            *

         Plaintiff              *    CASE NO.: WDQ 02-2831

            vs.                 *

     FREDERICK NELSON III       *

         Defendant              *

*  *  *  *  *  *  *  *  *  *  *  *  *
```

### JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

The Plaintiff, Troella Tyznik, and Defendant, Frederick Nelson III, through their respective attorneys, jointly request that this Court extend the discovery deadline in the above matter, and for cause represents:

1. Voluminous discovery has been exchanged by the parties pursuant to the Scheduling Order; and the depositions of Plaintiff, Plaintiff's investigator, and Defendant have occurred.

2. The deadline for depositions and all other discovery was May 30, 2003.

3. The depositions of three fact witnesses remain pending.

4. These additional depositions may limit the issues for trial (perhaps to damages only).

5. Defendant's counsel, Edward P. Murphy, will be out of the State from June 26 through July 13, 2003, attending his daughter's wedding.

WHEREFORE, the parties jointly request that this Court extend the discovery deadline in the above captioned case through

August 15, 2003, for the purpose of completing the three depositions referenced above.

    Respectfully submitted,

*David B. Love*
David B. Love
**DAVID B. LOVE, P.A.**
201 North Charles St.
Suite 1100
Baltimore, Maryland 21201
(410)547-5520

Attorney for Plaintiff

and

*Edward P. Murphy*/DBL
Edward P. Murphy
Allewalt & Murphy, P.A.
305 W. Pennsylvania Avenue
Towson, Maryland 21204
(410)296-7180

Attorney for Defendant

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| TROELLA A. TYZNIK         * | |
| Plaintiff                 * | CASE NO.: WDQ 02-2831 |
| v.                        * | |
| FREDERICK NELSON III      * | |
| Defendant                 * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON DUE CONSIDERATION of the parties' Joint Motion to Extend Time to Complete Discovery, and for good cause shown, it is this _____ day of _____, 2003, hereby,

ORDERED that the parties' Joint Motion to Extend Time to Complete Discovery be and hereby is GRANTED. The new discovery deadline in this matter will be set for August 15, 2003.

IT IS SO ORDERED.

_____
The Honorable William D. Quarles
U.S. District Court For Maryland