IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TROELLA A. TYZNIK

        Plaintiff

    vs.                     CASE NO. 1:02 CV 2831

FREDERICK NELSON, III

        Defendant

_____/


        The deposition of TROELLA A. TYZNIK was

held on Thursday, May 29, 2003, commencing at 2:00

P.M., at the Law Offices of David B. Love, P.A., 201

North Charles Street, Suite 1100, Baltimore, Maryland,

21201, before Chuck Peppler, Notary Public.


APPEARANCES:

        DAVID B. LOVE, ESQUIRE
           On behalf of Plaintiff

        EDWARD P. MURPHY, ESQUIRE
           On behalf of Defendant


REPORTED BY:  Chuck Peppler

**EXHIBIT**
tabbies

_A_

1  doctor told you that you could or couldn't do?

2       A       I was not physically fit to do anything.

3       Q       Why weren't you physically fit to do

4  anything?

5       A       I was disabled.  I was incapacitated.

6       Q       This accident happened at approximately

7  11:55 in the morning?

8       A       11:55?

9       Q       Yes.  What time did the accident happen?

10      A       It was before noon, sir.

11      Q       Tell me how the accident happened.

12      A       I was traveling south on 413 and I was on

13  the shoulder.  The traffic was coming very heavy.  A

14  driver was stopped at Mariners Road.  I could see that

15  driver from the distance.  I was looking where I was

16  going.  I'm a very safe -- I was a very safe bicycle

17  rider.  I saw a car that was coming from south to

18  northbound.  That driver turned the signal on to turn

19  right at Mariners Road.  Before I could comprehend

20  what happened, the driver did not look.  He never

21  looked, accelerated.  I was ready to stop because I

12

1    was going to turn left on Mariners Road and he hit me.

2        Q    Now, you say that you could see the driver

3    of this car that was coming off of Mariners Road onto

4    Route 413; is that correct?

5        A    Can you repeat that question, please?

6        Q    You said you could see the driver of the

7    vehicle that was coming from Mariners Road onto 413.

8        A    Yes, sir.

9        Q    You said that he wasn't looking.  Which

10   way was he looking?

11       A    Left.

12       Q    He was looking left and that would be the

13   way that the cars were coming on Crisfield Road?

14       A    On 413, yes, sir.

15       Q    That's a one-way street?

16       A    Yes, it is a one-way street.

17       Q    So, traffic in terms of where this driver

18   was stopped, traffic should only be coming from his

19   left; is that correct?

20            MR. LOVE:  Objection.

21            THE WITNESS:  They were coming from south

1  to northbound.

2         Q      Which would have been to his left?

3         A      Yes, sir.

4         Q      For how long did you have this car that

5  was on Mariners Road in your view?

6         A      I can't pinpoint the exact minute.  But,

7  in the concept of my logic, I could see the driver was

8  only looking on the left.  It was not too far of a

9  distance.

10        Q      Well, can you tell me in either terms of

11 minutes or in terms of distance, from the time you

12 first saw him until the time the accident happened,

13 how far did you travel on your bike?

14        A      Sorry, I couldn't tell you.  I'm not an

15 expert to say exactly.

16        Q      At the point where the accident happened,

17 is 413 straight and level?

18        A      Yes.

19        Q      How long had you been driving on the

20 shoulder of 413?  Where did you get onto it?

21        A      I have to go back.  I was at the liquor

14

1  store to buy soda.  I went up on the road, so I can

2  cross to go with the northbound traffic going south,

3  but the traffic was very heavy both ways.  I would

4  have put myself in great harm and it was not possible.

5  It was not safe to cross 413 with both traffic going

6  from south to north and from north to south.  So, I

7  rode my bicycle through the parking lot of some

8  business, then I came to a point, I couldn't any

9  longer ride my bike.  I went up on the main road,

10  which is a very short distance, where there was a

11  profound shoulder which keeps me away from any harm of

12  any traffic.  I was going to turn left on Mariners

13  Road.

14        Q      Let me ask you this:  The liquor store

15  that you stopped at, is that on Route 413?

16        A      Yes, it is.

17        Q      Which side of 413 is it on?  Is it on the

18  side where you were riding your bike immediately

19  before the accident or is it on the other side of the

20  road?

21        A      It's on the same side where I was riding