IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| TROELLA A. TYZNIK | * |
| Plaintiff | * |
| v. | *   CASE NO.: WDQ 02-2831 |
| FREDERICK NELSON III | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S NOTICE TO ATTACH EXHIBITS

Plaintiff, Troella Tyznik, through her attorney, David B. Love, P.A., respectfully requests this Court to attach the following documents to Plaintiff's Memorandum of Law in Opposition to Defendant's Amended Motion for Summary Judgment, filed electronically on August 4, 2003:

| Exhibit No. | Document |
|---|---|
| 1 | Affidavit of Scott Wills |
| 2 | Plaintiff's Answers to Defendant's Interrogatories |
| 3 | Affidavit of Plaintiff, Troella Tyznik |
| 4 | Deposition of Plaintiff, Troella Tyznik |
| 5 | Deposition of Defendant, Frederick Nelson |

Respectfully submitted,

*David B. Love*
David B. Love
DAVID B. LOVE, P.A.
201 North Charles St.
Suite 1100
Baltimore, Maryland 21201
(410)547-5520

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| TROELLA A. TYZNIK | * |
| Plaintiff | * |
| v. | *   CASE NO.: WDQ 02-2831 |
| FREDERICK NELSON III | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2003, a copy of the forgoing

Notice to Attach Exhibits was mailed first class, postage prepaid to:

Edward P. Murphy, Esq.
Law Offices of Allewalt & Murphy, P.A.
305 W. Pennsylvania Avenue
Towson, Maryland  21204-4413

Respectfully submitted,

*David B. Love*

David B. Love
DAVID B. LOVE, P.A.
201 North Charles St.
Suite 1100
Baltimore, Maryland 21201
(410)547-5520

Attorney for Plaintiff