IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROELLA A. TYZNIK | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION WDQ 02-2831 |
| FREDERICK NELSON III | * | |
| Defendant | * | |

\* \* \* \* \* \*

**<u>DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO</u>**

**<u>DEFENDANT'S AMENDED MOTION FOR SUMMARY JUDGMENT</u>**

Now comes the Defendant, Frederick Nelson III, by his attorney, Edward P. Murphy of Allewalt & Murphy, P.A., and files this Reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Amended Motion for Summary Judgment.

Despite Plaintiff's assertion that the "Plaintiff takes issue with the representation of facts asserted by Defendant…," there is no dispute as to material fact regarding the existence of contributory negligence on the part of the Plaintiff, as a matter of law. In support of that, the Defendant incorporates its original Motion for Summary Judgment, the Amended Motion for Summary Judgment, and the Memorandums in support thereof.

Plaintiff's argument contained in Section IV A. is not an issue that needs to be decided by this court. Whether or not the Defendant was negligent is not before this court via the Defendant's Motion.

In support of Plaintiff's Memorandum, Plaintiff attaches the Affidavits of R. Scott Wills and the Plaintiff. The Affidavit of Mr. Wills should not be considered by this court, as same attempts to reach conclusions of law as indicated in paragraph 10 of the Affidavit, to the following effect:

> "It is my opinion, that at the time of this collision, Plaintiff, Ms. Tyznik, was traveling on the most practicable and safe route available to her."

First of all, that is not an opinion that an accident reconstructionist would be allowed to render at trial; rather, it is a quasi-legal conclusion that should not be considered by this court.

Similarly, Plaintiff's Affidavit addresses the issue of whether or not the Defendant was negligent, and again, as previously stated, that is not an issue that was generated by the Defendant's Motion.

For these reasons, and the reasons previously set forth, it is respectfully requested that this court grant Defendant's Motion for Summary Judgment, finding that, as a matter of law, Plaintiff was contributorily negligent.

Respectfully submitted,

EDWARD P. MURPHY
ALLEWALT & MURPHY, P.A.
305 West Pennsylvania Avenue
Towson, Maryland  21204
(410) 296-7180
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2003, a copy of the foregoing Reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Amended Motion for Summary Judgment was mailed to:

David B. Love, Esquire
201 North Charles Street
Suite 1100
Baltimore, Maryland  21201
Attorney for Plaintiff

EDWARD P. MURPHY