**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TROELLA A. TYZNIK | * |
|     Plaintiff | * |
|         v. | *   CASE NO.: WDQ 02-2831 |
| FREDERICK NELSON III | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S SURREPLY TO DEFENDANT'S
AMENDED MOTION FOR SUMMARY JUDGEMENT**

    The Plaintiff, Troella Tyznik, through her attorney, David B. Love, P.A., files this Surreply to Defendant's Reply to Plaintiff's memorandum of law in opposition to Defendant's Amended Motion for Summary Judgment, and represents:

    1. Genuine disputes as to material facts exist.

    2. The issue of whether or not Plaintiff, Ms. Tyznik, was operating her bicycle legally and/or was contributorily negligent, in any way, depends upon factual determinations which must be made by the trier of fact.

    3. A trier of fact could easily find that Plaintiff was operating her bicycle lawfully and was traveling on the most practicable and safe route available to her; "as near to the right side of the roadway as practicable and safe," in compliance with Md. Code Ann. Transp. § 21-1205(a).

    4. A trier of fact could also find that Defendant's negligence was the sole cause of this collision and the resulting injuries to Plaintiff.

                                         Respectfully submitted,

                                         *David B. Love*
                                         David B. Love
                                         DAVID B. LOVE, P.A.
                                         201 North Charles St.
                                         Suite 1100
                                         Baltimore, Maryland 21201
                                         (410)547-5520

                                         Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TROELLA A. TYZNIK | * |
|    Plaintiff | * |
|       v. | *   CASE NO.: WDQ 02-2831 |
| FREDERICK NELSON III | * |
|    Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August, 2003, a copy of the forgoing Plaintiff's Surreply to Defendant's Amended Motion for Summary Judgment was mailed first class, postage prepaid to:

    Edward P. Murphy, Esq.
    Law Offices of Allewalt & Murphy, P.A.
    305 W. Pennsylvania Avenue
    Towson, Maryland  21204-4413

                                      Respectfully submitted,

                                      <u>David B. Love</u>
                                      David B. Love
                                      DAVID B. LOVE, P.A.
                                      201 North Charles St.
                                      Suite 1100
                                      Baltimore, Maryland 21201
                                      (410)547-5520

                                      Attorney for Plaintiff