IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TROELLA A. TYZNIK

Plaintiff

                                          * CASE NO.: WDQ 02-2831

FREDERICK NELSON III

Defendant

## ORDER

The Defendant's Motion for Summary Judgment having been considered, it is this 13th day of August, 2003, by the United States District Court for the District of Maryland, hereby ORDERED that the Defendant's Motion for Summary Judgment be and the same is hereby DENIED.

                                                                     _____
                                                                     The Honorable William D. Quarles
                                                                     U.S. District Court for Maryland