# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 16, 2003

TO ALL COUNSEL

    Re: Troella A. Tyznik v. Frederick Nelson, III
        Civil No. WDQ 02-2831

Dear Counsel:

    A pretrial conference needs to be scheduled in this case. Counsel should confer, and call Chambers, within the next week, with several mutually convenient dates and times.

    The Clerk is directed to docket this letter.

                                    Very truly yours,

                                    /s/

                                    William D. Quarles, Jr.
                                    United States District Judge