United States District Court
District of Maryland

**Chambers of
William D. Quarles, Jr.
United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 30, 2003

TO COUNSEL OF RECORD

    Re: Troella A. Tyznik v. Frederick Nelson, III
        Civil No. WDQ 02-2831

Dear Counsel:

    This letter will confirm that the pretrial conference in this case has been scheduled for Friday, November 14, 2003 at 9:30 a.m. in my Chambers.

    Counsel will be held to strict compliance with Local Rule 106, as to submission and contents of the pretrial order. Requested *voir dire* and requested jury instructions are due from all parties at the pretrial conference. The Court would appreciate receiving the requested *voir dire* and jury instructions on diskette or CD, where available.

                                    Very truly yours,

                                    /s/

                                  William D. Quarles, Jr.
                                  United States District Judge