IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TROELLA A. TYZNIK | * |
| Plaintiff | * |
| v. | *   CASE NO.: WDQ 02-2831 |
| FREDERICK NELSON III | * |
| Defendant | * |

\* * * * * * * * * * * * *

**JOINT PRE-TRIAL ORDER**

A. Plaintiff's, Troella Tyznik's Brief Statement of Facts.

This case arises out of a collision which occurred on August 25, 2001 at 11:55 a.m. Plaintiff was lawfully operating her bicycle on the shoulder of northbound Crisfield Highway, she was as close as practicable and safe to the right side of Crisfield Highway, in compliance with applicable traffic laws. Defendant turned right onto the shoulder of southbound Crisfield Highway from Mariner's Road, in Crisfield, Maryland. Defendant failed to keep a proper lookout and struck Plaintiff while she was on her bicycle and in the shoulder of Crisfield Highway, causing her to sustain serious injuries.

B. Defendant's Brief Statement of Facts.

Plaintiff was operating her bicycle northbound on southbound Crisfield Highway, in violation of the applicable transportation code. In doing so, Plaintiff's actions caused and/or contributed to the accident.

C. Counterclaims, Cross Claims, or Third Party Claims.

None.

D. Any Amendment Required of the Pleadings.

None.

E. Any Issue in the Pleadings that is to be Abandoned.

None.

F. Proposed Stipulations of Facts.

None.

G. Listing of Special Damages. Damages agreed at $100,000.00 should liability be determined in favor of Plaintiff. Trial will be on the issue of liability only

H. Listing of Documents and Exhibits, Other Than Those Expected to Be Used Solely for Impeachment.

    Various medical records, photos, diagrams & deposition transcripts.

    Plaintiff & Defendant reserves the right to introduce any relevant discovery generated in this case.

I. Witnesses the Parties Intend to Present, Other Than Those Expected To Be Used Solely for Impeachment.

    In addition to the parties, Tillie Green and R. Scott Wills.

J. Expert witnesses:

    For Plaintiff:    R. Scott Wills (Plaintiff's Accident Reconstructionist)

K. Deposition Testimony To Be Used and Counter Designation.

    The parties agree that their brief depositions are admissible, subject to specific objection.

L. Any Pending Motion, or any other pretrial relief.

    Trial as to liability only. Plaintiff objects to one of Defendant's voir dire questions regarding applicable traffic law.

M. Add other matters added by Court.

Plaintiff further reserves the right to use and/or admit during the trial of this matter any newly discovered evidence, or any and all documents, photographs, materials, magnetic media, reports, or other exhibits produced or obtained by the way of formal or informal discovery, or at the calendar call from any party or witness.  Plaintiff further reserves the right to amend and/or supplement this pre-trial statement.

_____
William D. Quarles
Judge, United States District
Court for Maryland


Reviewed and Approved:

*David B. Love*                                             *Edward P. Murphy*/DBL

David B. Love, Esq.                                         Edward Murphy, Esq.
DAVID B. LOVE, P.A.                                         Allewalt & Murphy, P.A.
201 North Charles St.                                       305 W. Pennsylvania venue
Suite 1100                                                  Towson, Maryland 21204
Baltimore, Maryland 21201                                   (410) 296-7180
(410) 547-5520

Attorney for Plaintiff                                      Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TROELLA TYZNIK | * |
|     Plaintiff | * |
|         v. | *   CASE NO.: WDQ 02-2831 |
| FREDERICK NELSON III | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2003, a copy of the forgoing Joint Pre-Trial Order was mailed first class, postage prepaid to:

Edward P. Murphy, Esq.
Law Offices of Allewalt & Murphy, P.A.
305 W. Pennsylvania Avenue
Towson, Maryland  21204-4413

        Respectfully submitted,

        *David B. Love*

        David B. Love
        DAVID B. LOVE, P.A.
        201 North Charles St.
        Suite 1100
        Baltimore, Maryland 21201
        (410) 547-5520

        Attorney for Plaintiff