# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 14, 2003

TO COUNSEL OF RECORD

Re: Tyznik v. Nelson, WDQ-02-2831

Dear Counsel:

At the November 14, 2003 pretrial conference, I set the following schedule. Voir dire and jury instructions are due on September 3, 2004. The jury trial will begin on September 13, 2004 at 9:30 a.m. in the Garmatz Courthouse, Courtroom 3A.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge