IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TROELLA A. TYZNIK** | : | |
| **Plaintiff** | : | Case No.: S02CV2831 |
| v. | : | |
| **FREDERICK NELSON, III** | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE

**CLERK OF THE COURT WILL PLEASE**: enter the appearance of the below listed attorney as lead and exclusive counsel for the Plaintiff.

> Respectfully submitted,
>
> REGAN, HALPERIN & LONG, PLLC
>
> _____/s/_____
> THANOS BASDEKIS, Esquire # 15228
> 1919 M. Street, N.W. Suite 350
> Washington, DC  20036

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was mailed this ___ day of March, 2004, by first class mail, to:

> Edward P. Murphy, Esquire
> Law Offices of Allewalt & Murphy, P.A.
> 305 W. Pennsylvania Avenue
> Towson, Maryland  21204-4413
> Attorney for Defendant

                                              /s/
                                      Thanos Basdekis

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030