IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROELLA A. TYZNIK | * | |
| Plaintiff | * | |
| v | * | Civil No. S-02-2831 |
| FREDERICK NELSON, III | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE TO STRIKE AND ENTER APPEARANCE

MADAM CLERK:

Please strike the appearance of Edward P. Murphy and Allewalt & Murphy, PA, and enter the appearance of Winn Cullen Friddell and Bodie, Nagle, Dolina, Smith & Hobbs, PA, as counsel for Defendant, Frederick Nelson, III.

| ALLEWALT & MURPHY, P.A. | BODIE, NAGLE, DOLINA, SMITH & HOBBS, P.A. |
|---|---|
| /S/ | /S/ |
| _____ | _____ |
| Edward P. Murphy | Winn Cullen Friddell |
| 305 W. Pennsylvania Avenue | 21 West Susquehanna Avenue |
| Towson, MD 21204 | Towson, MD 21204 |
| 410-296-7184 | 410-823-1250 |
| | Attorney for Defendant |