IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Southern Division

| | | |
|---|---|---|
| **TROELLA A. TYZNIK,** | : | |
| Plaintiff | : | |
| v. | : | Case No.: S02CV2831 |
| **FREDERICK NELSON, III,** | : | |
| Defendant. | : | |

**PLAINTIFF'S PROPOSED VOIR DIRE**

1. The Plaintiff in this case is Troella Tyznik. She resides at 9053 Tower House Place, Alexandria Virginia, and operates a business known as My Fair Lady Bed & Breakfast in Crisfield, Maryland. Do any members of the panel know Ms. Tyznik.

2. Counsel for the Plaintiff are Jonathan Halperin and Thanos Basdekis of the law firm Regan, Halperin & Long, PLLC. The firm of Regan, Halperin & Long is located at 1919 M Street, N.W. Suite 350, Washington, DC. Do any members of the panel know Mr. Halperin, Mr. Basdekis or any of the attorneys in their law firm?

3. The Defendant in this case is Frederick Nelson, III and he is represented by Winn C. Fridell of Bodie, Nagle, Dolina, Smith & Hobbs in Towson, Maryland. Does anyone know Mr. Nelson, Mr. Fridell or any members of the Bodie Nagle firm?

4. The Court has previously given to you a brief description of the case that will be presented during this trial. Do any of the jurors have personal knowledge of this case?

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

5. During the course of this trial, the parties will be calling various witnesses. At this time, it is expected that the following witnesses will be called:

1. Plaintiff Troella Tyznik
2. Defendant Frederick Nelson, III
3. Tillie Green
4. R. Scott Wills

Does anyone know any of these witnesses?

6. Are any of your close friends or members of your family employed by the law firm of any of the attorneys in this case?

7. Have any members of the panel, close friends or family ever been injured in an automobile or bicycle accident?

8. Have you or any of your close friends or family ever had training in the field of accident reconstruction?

9. Have you or any of your close friends or family ever obtain a CDL, or commercial driver's license?

10. Have you or any of your close friends or family ever had training as a policeman?

11. A number of you are listed on the juror information sheet as "unemployed" and "retired" from employment. As each of your names is called, would you please come forward to the bench so that we can discuss this with you further?

12. Are any of you now, or have any of you at anytime in the past been, employed to work in a physician's office as a nurse, receptionist, assistant, secretary or

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

in any other capacity?

13. Has any member of the jury panel, their family or close friends, worked for a doctor, a hospital, a physical therapist or in any capacity in the medical profession?

14. Are any of you employed as, or have you received any training or schooling as attorneys, legal secretaries, or paralegal personnel?

15. Has any member of the jury panel ever worked for a lawyer or a law firm?

16. Have any of you had any education or training in the field of economics, bookkeeping or accounting?

17. Have any of you ever been claims adjusters or worked for a claims adjuster? (Approach the bench.) Did you receive training in assessing the value of a claim?

18. Do any members of the panel have strong feelings about what has been referred to in the media as the "liability insurance crisis" or "litigation explosion"? (Have each juror who responds affirmatively, approach the bench and describe any information he/she may have on this issue.)

19. Do any members of the panel believe there are just too many lawsuits?

20. Do any of you have strong feelings about lawsuits or tort reform because of anything you have seen, heard, read or experienced? (Have each juror responding affirmatively, approach the bench and describe any information he/she may have on the issue.)

21. Have any of you or your relatives ever mad a claim for personal injuries? Have those claims been resolved to everyone's satisfaction? Would the fact that you

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

have previously made a claim for personal injuries affect in any way your ability to render a fair, impartial and unbiased verdict in this case?  Have any of you or your relatives ever had a claim for personal injuries made against you? (Approach the bench.)

22.  Have any of you ever appeared as a witness in a lawsuit? Would that experience influence or affect in any way your ability to render a fair, unbiased and impartial verdict in this case?

23.  Have any of you had prior jury service?  Will that experience influence you so as to affect in any way your ability to render a fair, unbiased and impartial verdict in this case?

24.  Are there any of you who have problems with vision or hearing, or any other condition that requires you to take medication that may cause drowsiness which would affect your ability to sit as a juror in this case?

25.  It is anticipated that this trial will last 1 to 2 days. Do any of you have personal or work plans that will prevent you from sitting as a juror in this case until the middle of the week, if necessary?

26.  Finally, ladies and gentlemen, is there anything you have heard so far or is there any other reason at all why you would feel uncomfortable sitting on this case or why you would prefer to be excused?  (Approach the bench.)

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 5 -

      Respectfully submitted,

      REGAN, HALPERIN & LONG, PLLC


      By: _____
          Jonathan E. Halperin
          Thanos Basdekis
          1919 M Street, N.W., Suite 350
          Washington, D.C.  20036-3521
          Ph:   (202) 463-3030
Counsel for Plaintiff

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 5 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Proposed Voir Dire was filed electronically with copies to the following, this 3rd day of September, 2004 to the following:

>Winn C. Fridell, Esquire
>Bodie, Nagle, Dolina, Smith & Hobbs
>21 West Susquehanna Ave.
>Towson, MD  21204


_____/s/_____
Thanos Basdekis

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030