## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### Southern Division

| | | |
|---|---|---|
| **TROELLA A. TYZNIK,** | : | |
| **Plaintiff** | : | |
| **v.** | : | **Case No.:  S02CV2831** |
| **FREDERICK NELSON, III,** | : | |
| **Defendant.** | : | |

### PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Plaintiff Troella Tyznik, by and through undersigned counsel, hereby submits the following proposed jury instructions to be used at trial:

**General Instructions:**

MPJI-Cv 1:1     Introduction
MPJI-Cv 1:2     Questions of Law During Trial
MPJI-Cv 1:3     Witness Testimony Consideration
MPJI-Cv 1:4     Expert Opinion Testimony
MPJI-Cv 1:5     Impartiality in Consideration
MPJI-Cv 1:6     Inferences from Statements of Court
MPJI-Cv 1:7     Burden of Proof – Preponderance of the Evidence Standard
MPJI-Cv 1:13    Conclusion – Unanimous Verdict

**Instructions Concerning Motor Vehicles:**
MPJI-Cv 18:1    Standard of Care
MPJI-Cv 18:4    Violation of Statute

**Instructions Concerning Negligence – General Concepts:**
**A. Concept:**
MPJI-Cv 19:1    Definition
MPJI-Cv 19:3    Foreseeable Circumstances
MPJI-Cv 19:7    Violation of Statute

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**B.  Causation:**
MPJI-Cv 19:10   Proximate Cause

**ADDITIONAL INSTRUCTIONS NOT FROM MJPI:**

You are instructed pursuant to Section 21-1205 of the Transportation Volume of the Annotated Code of Maryland that:

"Each person operating a bicycle on a roadway shall ride as near to the right side of the roadway as practicable and safe."

If you determine that plaintiff was riding her bicycle "as near to the right side of the roadway as practicable and safe" then you must also find that she did not violate the above statute.

Md. Transportation Code Ann. § 21 -1 205 (2002); <u>Loncie v. Extine,</u> 659 F. Supp. 177 (D. Md. 1987).

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC


By:_____
     Jonathan E. Halperin
     Thanos Basdekis
     1919 M Street, N.W., Suite 350
     Washington, D.C.  20036-3521
     Ph:    (202) 463-3030
     Attorneys for Plaintiff

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Proposed Jury Instructions was filed electronically with copies to defense counsel this 3rd day of September, 2004.

_____

Thanos Basdekis

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030