IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND

TROELLA A. TYZNIK                         *

     Plaintiff                          *

v                                         *        Civil No. S 02 CV2831

FREDERICK NELSON, III                     *

     Defendants                         *

*       *       *       *       *       *       *       *       *       *       *       *       *

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

     Frederick Nelson, III, Defendant, by his attorneys, Winn Cullen Friddell and Bodie, Nagle,

Dolina, Smith & Hobbs, P.A., hereby submits the following proposed jury instructions to be used at

trial:

**General Instructions:**

MPJI0Cv 1:1        Introduction
MPJI0Cv 1:2        Questions of Law During Trial
MPJI0Cv 1:3        Witness Testimony Consideration
MPJI0Cv 1:4        Expert Opinion Testimony
MPJI0Cv 1:5        Impartiality in Consideration
MPJI0Cv 1:6        Inferences from Statements of Court
MPJI0Cv 1:7        Burden of Proof - Preponderance of the Evidence Standard
MPJI0Cv 1:11 Case Submission on Issues
MPJI0Cv 1:12 Conclusion - Unanimous Verdict

**Instructions Concerning Motor Vehicles:**

MPJI0Cv 18:1 Standard of Care
MPJI0Cv 18:4 Violation of Statute

**Instructions Concerning Negligence - General Concepts:**

**A.  Concept:**

MPJI0Cv 19:1  Definition
MPJI0Cv 19:3  Foreseeable Circumstances
MPJI0Cv 19:7  Violation of Statute
MPJI0Cv 19:11          Contributory Negligence
MPJI0Cv 19:13          Assumption of Risk

**B.  Causation:**

MPJI0Cv 19:10          Proximate Cause

**Additional Instructions not from MJPI**

You are instructed pursuant to Section 21-1202 of the Transportation Volume of the Annotated Code
of Maryland that:

"Every person operating a bicycle or a motor scooter in a public bicycle area has all the rights granted
to and is subject to all the duties required of the driver of a vehicle by this title."


You are instructed pursuant to Section 21-1205(a) of the Transportation Volume of the Annotated
Code of Maryland that:

"Riding to the right side of roadway - Each person operating a bicycle or a motor scooter on a
roadway shall ride as near to the right side of the roadway as practicable and safe except when making
or attempting to make a left turn, when operating on a one-way street, or when passing a stopped or
slower moving vehicle."


You are instructed pursuant to Section 21-301(a) of the Transportation Volume of the Annotated Code
of Maryland that:

"On every roadway that is wide enough, a vehicle shall be driven on the right half of the roadway."


You are instructed pursuant to Section 21-301(c) of the Transportation Volume of the Annotated Code
of Maryland that:

"Roadway with four or more lanes and two-way movement of traffic - (1) on any roadway that is
divided into four or more clearly marked lanes for vehicular traffic and that provides for two-way
movement of traffic, a vehicle may not be driven on the left of th centerline of the roadway, except:
          (i) Where authorized by a traffic control device designating a lane to the left of the center of
the roadway for use by traffic not otherwise permitted to use this lane; or
          (ii) As permitted under subsection (a)(2) of this section.

You are instructed pursuant to Section 21-302(a) of the Transportation Volume of the Annotated Code of Maryland that:

"(a) In general - Drivers of vehicles that are going in opposite directions shall pass each other to the right.

You are instructed pursuant to Section 21-309(b) of the Transportation Volume of the Annotated Code of Maryland that:

"Driving in a single lane required - A vehicle shall be driven as nearly as practicable entirely within a single lane and may not be moved from that lane or moved from a shoulder or bikeway into a lane until the driver has determined that it is safe to do so."

You are instructed pursuant to Section 21-1207 (b) of the Transportation Volume of the Annotated Code of Maryland that:

"Bell - A person may not operate a bicycle or a motor scooter unless it is equipped with a bell or other device capable of giving a signal audible for a distance of at least 100 feet."

Respectfully submitted,

Bodie, Nagle, Dolina, Smith & Hobbs, P.A.

_____

Winn Cullen Friddell
21 W. Susquehanna Avenue
Towson, Maryland 21204
410-823-1250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2004,  a copy of the foregoing Defendant's Jury Instructions was filed electronically with copies to Jonathan E. Halperin, Esquire and Thanos Basdekis, Esquire, Regan, Halperin & Long, PLLC, 1919 N. Street, N.W., Suite 350, Washington, D.C. 20036, counsel for Plaintiff.

_____

Winn Cullen Friddell