IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROELLA A. TYZNIK | * | |
|     Plaintiff | * | |
| v | * | Civil No. S-02-2831 |
| FREDERICK NELSON, III | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S PROPOSED VOIR DIRE

    Frederick Nelson, III, Defendant, by his attorneys, Winn Cullen Friddell and Bodie, Nagle, Dolina, Smith & Hobbs, P.A., requests the Court to propound the following questions to the jury panel on Voir Dire examination, after having introduced to the jury, in person the parties and their counsel.

    1.    This case involves a vehicular/bicycle accident that occurred on August 25, 2001. The accident occurred at or near the intersection of Crisfield Highway and Mariners Road in Somerset County, Maryland. The bicycle was being operated by the Plaintiff, Troella A. Tyznik, and the vehicle was being operated by the Defendant, Frederick Nelson, III. Does any member of this panel have any personal knowledge concerning the occurrence?

    2.    The Plaintiff in this case is Troella A. Tyznik of 9053 Tower House Place, Alexandria, Virginia 22308. Does any member of this panel or any member of your immediate family know Ms. Tyznik?

    3.    The Defendant in this case is Frederick Nelson, III. He resides at 5392 South Pomfrett Road, Crisfield, MD 21817. Do any members of the panel or any member of your immediate family

know Mr. Nelson?

24. The Plaintiff is represented by Jonathan Halperin and Thanos Basdekis of the law firm of Regan, Halperin & Long, PLLC. The firm of Regan, Halperin & Long is located at 1919 M Street, N.W., Suite 350, Washington, D.C. Do any members of the panel or any member of your immediate family know Mr. Halperin, Ms. Basdekis or any of the attorneys in their law firm?

5. The Defendant is represented by Winn Cullen Friddell, Esquire, and Bodie, Nagle, Dolina, Smith & Hobbs, P.A. Does any member of the jury panel or any member of your immediate family know Mr. Friddell, either socially, or otherwise?

6. During the course of this trial, the parties will be calling various witnesses. At this time, it is expected that the following witnesses will be called:

1. Plaintiff, Troella Tyznik
2. Defendant, Frederick Nelson, III
3. Tillie Green
4. R. Scott Wills
5. TFC S. Huffines, Investigating Officer
6. Kristen Cullen

Does anyone know any of these witnesses.

7. Are any of your close friends or members of your family employed by the law firm of any of the attorneys in this case?

8. Have you or any of your close friends or family ever had any training in the field of accident reconstruction?

9. Have you or any of your close friends or family ever had training as a police officer?

10. Are any of you employed as or have you received any training or schooling as attorneys, legal secretaries, or paralegal personnel?

11. Has any member of th jury panel ever worked for a lawyer or a law firm?

12. Has any member of this panel or any member of your immediate family ever been a plaintiff or a defendant in a civil suit involving a claim for personal injury? If the answer is in the affirmative, please indicate the date of the occurrence, the nature of the occurrence, the nature of the injuries sustained and the ultimate resolution of the matter.

13. Has any member of the jury panel, or any member of his or her immediate family, made a claim or instituted an action or suit? Would that fact prevent you from rendering a fair and impartial verdict to the evidence and instructions of this Court?

14. Has any member of the panel, or any member of his or her immediate family, ever been sued in an action? Would that fact prevent you from rendering a fair and impartial verdict according to the evidence and instructions or this Court?

15. Has any member of this panel or any member of your immediate family ever been involved in an accident or occurrence involving a motor vehicle and/or a bicycle or motorized two wheel vehicle? If the answer is in the affirmative, it is respectfully requested that the individual be brought to the bench to answer some additional questions regarding the occurrence.

16. Has any member of this panel, prior to being called for today's jury service, ever sat as a juror in a civil case involving a claim for personal injury? If the answer is in the affirmative, did anything occur in that prior jury service which would prevent you from rendering a fair and impartial verdict in this case?

17. Is there any member of the jury panel who could not reach a verdict based solely upon the law and evidence and without reflecting sympathy or compassion towards the Plaintiff, no matter how well motivated?

18. It is anticipated that this trial will last one to two days. Does any member of the jury panel have personal or work plans that will prevent you from sitting as a juror in this case until the

middle of the week, if necessary?

        Respectfully submitted,

        Bodie, Nagle, Dolina, Smith & Hobbs, P.A.


        _____
        Winn Cullen Friddell
        21 W. Susquehanna Avenue
        Towson, Maryland 21204
        410-823-1250


## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 7th day of September, 2004, a copy of the foregoing Defendant's Proposed Voir Dire was filed electronically with copies to Jonathan E. Halperin, Esquire and Thanos Basdekis, Esquire, Regan, Halperin & Long, PLLC, 1919 N. Street, N.W., Suite 350, Washington, D.C. 20036, counsel for Plaintiff.


        _____
        Winn Cullen Friddell