**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Southern Division**

| | | |
|---|---|---|
| **TROELLA A. TYZNIK,** | : | |
| Plaintiff | : | |
| v. | : | Case No.: S02CV2831 |
| **FREDERICK NELSON, III,** | : | |
| Defendant. | : | |

**PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS**

Plaintiff Troella Tyznik, by and through undersigned counsel, hereby submits the following proposed jury instructions to be used at trial, in addition to those proposed jury instructions previously submitted to the Court:

**SUPPLEMENTAL ADDITIONAL INSTRUCTIONS NOT FROM MJPI:**

**NO. 1:   Previously submitted.**

**NO. 2:   Section 21-309(b)**

You are instructed pursuant to Section 21-309(b) of the Transportation Volume of the Annotated Code of Maryland that when driving on laned roadways:

"A vehicle shall be driven as nearly as practicable entirely within a single lane and may not be moved from that lane or moved from a shoulder or bikeway into a lane until the driver has determined that it is safe to do so."

If you determine that defendant moved from his lane onto the shoulder of Crisfield Highway without having reasonably determined that it was safe to do so, then the defendant will have violated Section 21-309(b) of the Transportation Volume of the Maryland Code.

Md. Transportation Code Ann. § 21-309(b).

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**No. 3:** **Section 21-101(m)**

You are instructed pursuant to Section 21-101(m) of the Transportation Volume of the Annotated Code of Maryland that:

A "shoulder" as "that portion of a highway contiguous with the roadway for the accommodation of stopped vehicles and emergency use."

Md. Transportation Code Ann. § 21-101(m).

**No. 4:** **Section 21-101 (I)(1)(i)**

You are instructed pursuant to Section 21-101(l)(1)(i) of the Transportation Volume of the Annotated Code of Maryland that:

"Bicycle way" means "any trail, path, part of a highway, surfaced or smooth shoulder, or sidewalk".

If you determine that plaintiff was located on a bicycle way at the time she was hit, then you must not find her contributorily negligent.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC


By:_____/s/_____
    Jonathan E. Halperin
    Thanos Basdekis
    1919 M Street, N.W., Suite 350
    Washington, D.C.  20036-3521
    Ph:   (202) 463-3030
    Attorneys for Plaintiff

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Supplemental Proposed Jury Instructions was filed electronically with copies to defense counsel this 12th day of September, 2004.

_____/s/_____
Thanos Basdekis

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030