**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Southern Division**

| | | |
|---|---|---|
| **TROELLA A. TYZNIK,** | : | |
| Plaintiff | : | |
| v. | : | Case No.: S02CV2831 |
| **FREDERICK NELSON, III,** | : | |
| Defendant. | : | |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff Troella Tyznik, by and through undersigned counsel, hereby submits the following the following exhibit list:

EXHIBIT A: Series of 3 photographs from Mariners Road approaching intersection with Crisfield Highway

EXHIBIT B: Photograph of intersection from Tidewater Express

EXHIBIT C: Photograph of shoulder and northbound lanes of Crisfield Highway

EXHIBIT D: Photograph of Crisfield Highway south of intersection

EXHIBIT E: Nelson Dep. p. 22

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

EXHIBIT F: Aerial photograph of Crisfield

EXHIBIT G: Photograph of southbound lanes of Crisfield Highway

                          Respectfully submitted,

                          REGAN, HALPERIN & LONG, PLLC

                          By:_____/s/_____
                              Jonathan E. Halperin
                              Thanos Basdekis
                              1919 M Street, N.W., Suite 350
                              Washington, D.C.  20036-3521
                              Ph:   (202) 463-3030
                              Attorneys for Plaintiff

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Exhibit List was filed electronically with copies to defense counsel this 12th day of September, 2004.

_____/s/_____
Thanos Basdekis

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030