IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROELLA A. TYZNIK | * | |
| Plaintiff | * | |
| v | * | Civil No. S 02 CV2831 |
| FREDERICK NELSON, III | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Frederick Nelson, III, Defendant, by his attorneys, Winn Cullen Friddell and Bodie, Nagle, Dolina, Smith & Hobbs, P.A., hereby submits the following proposed jury instructions to be used at trial:

**General Instructions:**

MPJI0Cv 1:1      Introduction
MPJI0Cv 1:2      Questions of Law During Trial
MPJI0Cv 1:3      Witness Testimony Consideration
MPJI0Cv 1:4      Expert Opinion Testimony
MPJI0Cv 1:5      Impartiality in Consideration
MPJI0Cv 1:6      Inferences from Statements of Court
MPJI0Cv 1:7      Burden of Proof - Preponderance of the Evidence Standard
MPJI0Cv 1:11    Case Submission on Issues
MPJI0Cv 1:12    Conclusion - Unanimous Verdict

**Instructions Concerning Motor Vehicles:**

MPJI0Cv 18:1   Standard of Care
MPJI0Cv 18:4   Violation of Statute

**Instructions Concerning Negligence - General Concepts:**

**A.  Concept:**

MPJI0Cv 19:1  Definition
MPJI0Cv 19:3  Foreseeable Circumstances
MPJI0Cv 19:7  Violation of Statute
MPJI0Cv 19:11        Contributory Negligence
MPJI0Cv 19:13        Assumption of Risk

**B. Causation:**

MPJI0Cv 19:10        Proximate Cause

**Additional Instructions not from MJPI**

You are instructed pursuant to Section 21-1202 of the Transportation Volume of the Annotated Code of Maryland that:

"Every person operating a bicycle or a motor scooter in a public bicycle area has all the rights granted to and is subject to all the duties required of the driver of a vehicle by this title."

You are instructed pursuant to Section 21-1205(a) of the Transportation Volume of the Annotated Code of Maryland that:

"Riding to the right side of roadway - Each person operating a bicycle or a motor scooter on a roadway shall ride as near to the right side of the roadway as practicable and safe except when making or attempting to make a left turn, when operating on a one-way street, or when passing a stopped or slower moving vehicle."

You are instructed pursuant to Section 21-301(a) of the Transportation Volume of the Annotated Code of Maryland that:

"On every roadway that is wide enough, a vehicle shall be driven on the right half of the roadway."

You are instructed pursuant to Section 21-301(c) of the Transportation Volume of the Annotated Code of Maryland that:

"Roadway with four or more lanes and two-way movement of traffic - (1) on any roadway that is divided into four or more clearly marked lanes for vehicular traffic and that provides for two-way movement of traffic, a vehicle may not be driven on the left of th centerline of the roadway, except:
       (i) Where authorized by a traffic control device designating a lane to the left of the center of the roadway for use by traffic not otherwise permitted to use this lane; or
       (ii) As permitted under subsection (a)(2) of this section.

You are instructed pursuant to Section 21-302(a) of the Transportation Volume of the Annotated Code of Maryland that:

"(a) In general - Drivers of vehicles that are going in opposite directions shall pass each other to the right.

You are instructed pursuant to Section 21-309(b) of the Transportation Volume of the Annotated Code of Maryland that:

"Driving in a single lane required - A vehicle shall be driven as nearly as practicable entirely within a single lane and may not be moved from that lane or moved from a shoulder or bikeway into a lane until the driver has determined that it is safe to do so."

You are instructed pursuant to Section 21-1207 (b) of the Transportation Volume of the Annotated Code of Maryland that:

"Bell - A person may not operate a bicycle or a motor scooter unless it is equipped with a bell or other device capable of giving a signal audible for a distance of at least 100 feet."

You are instructed pursuant to Section 21-1205.1 (b) (2) of the Transportation Volume of the Annotated Code of Maryland that:

"A person operating a bicycle or a motor scooter may not leave a bike lane or shoulder until the movement can be made with reasonable safety and then only after giving an appropriate signal."

                                      Respectfully submitted,

                                      Bodie, Nagle, Dolina, Smith & Hobbs, P.A.

                                      _____
                                      Winn Cullen Friddell
                                      21 W. Susquehanna Avenue
                                      Towson, Maryland 21204
                                      410-823-1250

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 13th day of September, 2004, a copy of the foregoing Defendant's Jury Instructions was filed electronically with copies to Jonathan E. Halperin, Esquire and Thanos Basdekis, Esquire, Regan, Halperin & Long, PLLC, 1919 N. Street, N.W., Suite 350, Washington, D.C. 20036, counsel for Plaintiff.

 

                                                                      _____
                                                                      Winn Cullen Friddell