IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROELLA A. TYZNIK | * | |
|     Plaintiff | * | |
| v | * | Civil No. S 02 CV2831 |
| FREDERICK NELSON, III | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## VERDICT SHEET

Frederick Nelson, III, Defendant, by his attorneys, Winn Cullen Friddell and Bodie, Nagle, Dolina, Smith & Hobbs, P.A., hereby submits the following Verdict Sheet:

1. Do you find the Defendant negligent? _____ Yes. _____ No.

    If No, stop here.

    If Yes, continure to Question No. 2.

2. Do you find that the Plaintiff was contributorily negligent? _____ Yes. _____ No.

Respectfully submitted,

Bodie, Nagle, Dolina, Smith & Hobbs, P.A.

_____

Winn Cullen Friddell

21 W. Susquehanna Avenue

Towson, Maryland 21204

410-823-1250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2004, a copy of the foregoing Defendant's Jury Instructions was filed electronically with copies to Jonathan E. Halperin, Esquire and Thanos Basdekis, Esquire, Regan, Halperin & Long, PLLC, 1919 N. Street, N.W., Suite 350, Washington, D.C. 20036, counsel for Plaintiff.

_____

Winn Cullen Friddell