## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### Southern Division

| | | |
|---|---|---|
| **TROELLA A. TYZNIK,** | : | |
| **Plaintiff** | : | |
| **v.** | : | **Case No.: S02CV2831** |
| **FREDERICK NELSON, III,** | : | |
| **Defendant.** | : | |

### PLAINTIFF'S COMPLETE PROPOSED JURY INSTRUCTIONS

Plaintiff Troella Tyznik, by and through undersigned counsel, hereby submits the following proposed jury instructions to be used at trial. The proposed jury instructions are set forth below in two categories: first, all pattern jury instructions from the Maryland Pattern Jury Instructions, Civil treatise; and second, all non-pattern jury instructions.

### MARYLAND PATTERN JURY INSTRUCTIONS

**General Instructions:**

| | |
|---|---|
| MPJI-Cv 1:1 | Introduction |
| MPJI-Cv 1:2 | Questions of Law During Trial |
| MPJI-Cv 1:3 | Witness Testimony Consideration |
| MPJI-Cv 1:4 | Expert Opinion Testimony |
| MPJI-Cv 1:5 | Impartiality in Consideration |
| MPJI-Cv 1:6 | Inferences from Statements of Court |
| MPJI-Cv 1:7 | Burden of Proof – Preponderance of the Evidence Standard |
| MPJI-Cv 1:13 | Conclusion – Unanimous Verdict |

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**Instructions Concerning Motor Vehicles:**
MPJI-Cv 18:1    Standard of Care
MPJI-Cv 18:4    Violation of Statute

**Instructions Concerning Negligence – General Concepts:**
**A. Concept:**
MPJI-Cv 19:1    Definition
MPJI-Cv 19:3    Foreseeable Circumstances
MPJI-Cv 19:7    Violation of Statute

**B. Causation:**
MPJI-Cv 19:10   Proximate Cause

## ADDITIONAL INSTRUCTIONS NOT FROM MJPI

**NO. 1:      The Maryland Rules of the Road for Right Turns**

You are hereby instructed that the Maryland Driver's Handbook, The Rules of the Road
for Cars, Trucks, Motorcyclists, Pedestrians and Bicyclists, that:

When making a "right turn," the driver of an automobile must "yield to bicyclists
traveling between you and the side of the road."

If you determine that defendant Frederick Nelson failed to yield to plaintiff Troella
Tyznik when she was traveling between Mr. Nelson and the side of the road, then you
must find that Mr. Nelson violated this Maryland Rule of the Road.

Maryland Driver's Handbook, The Rules of the Road for Cars, Trucks, Motorcyclists,
Pedestrians and Bicyclists, at p. 59 (introduced as exhibit at trial).

**NO. 2:      Section 21-309(b) of the Maryland Transportation Code**

You are instructed pursuant to Section 21-309(b) of the Transportation Volume of the
Annotated Code of Maryland that:

When driving on laned roadways, "A vehicle shall be driven as nearly as practicable
entirely within a single lane and may not be moved from that lane or moved from a
shoulder or bikeway into a lane until the driver has determined that it is safe to do so."

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

If you determine that defendant moved from his lane onto the shoulder of Crisfield Highway without having reasonably determined that it was safe to do so, then the defendant will have violated Section 21-309(b) of the Transportation Volume of the Maryland Code.

Md. Transportation Code Ann. § 21-309(b).

**No. 3:**        **Section 21-101(m)**

You are instructed pursuant to Section 21-101(m) of the Transportation Volume of the Annotated Code of Maryland that:

A "shoulder" as "that portion of a highway contiguous with the roadway for the accommodation of stopped vehicles and emergency use."

Md. Transportation Code Ann. § 21-101(m).

**No. 4:**        **Section 21-101 (I)(1)(i) of the Maryland Transportation Code**

You are instructed pursuant to Section 21-101(l)(1)(i) of the Transportation Volume of the Annotated Code of Maryland that:

"Bicycle way" means "any trail, path, part of a highway, surfaced or smooth shoulder, or sidewalk."

If you determine that plaintiff was located on a bicycle way at the time she was hit, then you must not find her contributorily negligent.

Md. Transportation Code Ann. § 21-101(l)(1)(i).

**No. 5:**        **Section 21-1205 of the Maryland Transportation Code**

You are instructed pursuant to Section 21-1205 of the Transportation Volume of the Annotated Code of Maryland that:

"Each person operating a bicycle on a roadway shall ride as near to the right side of the roadway as practicable and safe."

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

If you determine that plaintiff was riding her bicycle "as near to the right side of the roadway as practicable and safe" then you must also find that she did not violate the above statute.

Md. Transportation Code Ann. § 21 -1 205 (2002); <u>Loncie v. Extine,</u> 659 F. Supp. 177 (D. Md. 1987).

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC

By:_____/s/_____
    Jonathan E. Halperin
    Thanos Basdekis
    1919 M Street, N.W., Suite 350
    Washington, D.C.  20036-3521
    Ph:   (202) 463-3030
    Attorneys for Plaintiff

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Proposed Jury Instructions was filed electronically with copies to defense counsel this 13th day of September, 2004.

_____/s/_____
Thanos Basdekis

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030