IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TROELLA A. TYZNIK,** | : | |
| **Plaintiff** | : | |
| v. | : | Case No.: S02CV2831 |
| **FREDERICK NELSON, III,** | : | |
| **Defendant.** | : | |

## PLAINTIFF'S PROPOSED JURY VERDICT FORM

1. Do you find that Plaintiff Troella Tyznik has established by a preponderance of the evidence that Defendant Frederick Nelson was negligent and that this negligence was a proximate cause of the accident on August 25, 2001?

 Yes _____     No _____

 If you answered "Yes" to Question No. 1, then go on to answer Question No. 2. If you answered "No" to Question No. 1, then your job is done. You should proceed no further except to sign this form and return it to the Court.

2. Do you find that Defendant Frederick Nelson has established by a preponderance of the evidence his affirmative defense that Plaintiff Troella Tyznik was contributorily negligent and that this contributory negligence was a proximate case of the accident on August 25, 2001?

 Yes _____     No _____

 The Jury Foreperson should sign this form below and return it to the Court.

_____                                    _____
Date                                              Jury Foreperson

        Respectfully submitted,

        REGAN, HALPERIN & LONG, PLLC


By:_____
    Jonathan E. Halperin
    Thanos Basdekis
    1919 M Street, N.W., Suite 350
    Washington, D.C.  20036-3521
    Ph:   (202) 463-3030
    Counsel for Plaintiffs