IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

TROELLA A. TYZNIK,

    Plaintiff

v.                                          Case No.: S02CV2831

FREDERICK NELSON, III,

    Defendant

### VERDICT FORM

1    Do you find that Plaintiff Troella Tyznik has established by a preponderance of the evidence that Defendant Frederick Nelson was negligent and that this negligence was a proximate cause of the accident on August 25, 2001?

                Yes_____        No___X___

If you answered "Yes" to Question No. 1, then go to answer Question No. 2. If you answered "No" to Question No.1, then your job is done. You should proceed no further except to sign this form and return it to the Court.

2.    Do you find that Defendant Frederick Nelson has established by a preponderance of the evidence his affirmative defense that Plaintiff Troella Tyznik was contributorily negligent and that this contributory negligence was a proximate cause of the accident on August 25, 2001?

                Yes_____No_____

3. Do you find that Defendant Frederick Nelson has established by a preponderance of the evidence his affirmative defense that Plaintiff Troella Tyznik assumed the risk and that this assumption of risk was a proximate cause of the accident on August 25, 2001?

Yes ___   No ___

The Jury Foreperson should sign this form below and return it to the Court.

9/14/2004
Date

_Matthew Long_ (signature)
Jury Foreperson