IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TROELLA A. TYZNIK<br>Plaintiff | * | |
| | * | |
| vs. | | Case No.: WDQ-02-2831 |
| | * | |
| FREDERICK NELSON<br>Defendant | * | |

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| _ALL_ | _ALL_ |
| All Plaintiff's/Government's exhibits returned: _____ | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government [signature]

Counsel for Defendant(s):

Date September 14, 2004

**TROELLA TYZNIK**

vs.

**FREDERICK NELSON**

Civil No. WDQ-02-2831                  Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 09/13/04 | | Affidavit |
| 2 | 09/13/04 | 09/13/04 | 3 Photos |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Southern Division

**TROELLA A. TYZNIK,**

    Plaintiff

v.                                Case No.: S02CV2831

**FREDERICK NELSON, III,**

    Defendant.

### PLAINTIFF'S EXHIBIT LIST

Plaintiff Troella Tyznik, by and through undersigned counsel, hereby submits the following the following exhibit list:

EXHIBIT A: Series of 3 photographs from Mariners Road approaching intersection with Crisfield Highway   SEP 1 3 2004

EXHIBIT B: Photograph of intersection from Tidewater Express   SEP 3 2004

EXHIBIT C: Photograph of shoulder and northbound lanes of Crisfield Highway
    SEP 1 3 2004

EXHIBIT D: Photograph of Crisfield Highway south of intersection   SEP 3 2004

EXHIBIT E: Nelson Dep. p. 22

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

EXHIBIT F: Aerial photograph of Crisfield

EXHIBIT G: Photograph of southbound lanes of Crisfield Highway

Exhibit H: (2) Photographs

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC

By: _____/s/_____
    Jonathan E. Halperin
    Thanos Basdekis
    1919 M Street, N.W., Suite 350
    Washington, D.C. 20036-3521
    Ph:  (202) 463-3030
    Attorneys for Plaintiff

Regan,
Halperin & Long, P.L.L.C
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030