IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TROELLA TYZNIK

vs.                                    Case No.: WDQ-02-2831

FREDERICK NELSON            *

\*\*\*\*\*\*                                    SEP 6 2004

AUTHORIZATION FOR JUROR MEAL

Provision of meals, lodging, or refreshments for the jury while it is deliberating is hereby authorized..

| DATE    | JURY RECEIVED |
|---------|---------------|
| 9-14-04 | Lunch         |
|         |               |
|         |               |
|         |               |
|         |               |

Number of Jurors:  8

5 September 2004                              _____
Date                                          Felicia C. Cannon
                                              Clerk

U.S. District Court (Rev. 6/17/2004) - Order for Jury Meals, etc.