IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TROELLA TYZNIK                     *
     Plaintiff              *
vs                                 *      CIVIL NO. WDQ-02-2831
                                   *
                                   *
FREDERICK NELSON                   *
     Defendant              *

ORDER OF JUDGMENT

The Jury having returned a verdict in favor of defendant against the plaintiff,

It is, this <u>14th</u> day of September, 2004

ORDERED

1  That judgment is entered in favor of defendant against the plaintiff

2. Any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein, and this order shall be deemed to be a final Judgment within the meaning of Fed. R Civ. P. 58.

                                                    WILLIAM D. QUARLES, JR.
                                                    U.S. DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2004 SEP 17 P 1:00
AT BALTIMORE
        DEPUTY